UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                           Plaintiff,                             **MEMORANDUM**

       -against-                                                23 Cr. 13 (KMK)

JOSEPH DUQUESNE,

                           Defendant.
-----------------------------------------------------------------x

TO: <u>Kenneth M. Karas, United States District Judge:</u>

       Please find attached a transcript of the April 13, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: June 14, 2023
       White Plains, New York

                                                        Respectfully Submitted,

                                                        */s/ Judith C. McCarthy*
                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge