## Law Offices of Ezra Spilke

MEMO E[NDORSED]

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

September 6, 2023

**By ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Joseph Duquesne*, No. 23 Cr. 13 (S.D.N.Y.)

Your Honor:

    With the consent of the government, I write to respectfully request a forty-five day adjournment of Joseph Duquesne's September 21, 2023, sentencing hearing. Mr. Duquesne pleaded guilty to 18 U.S.C. § 922(g)(1). At sentencing, he faces a Guidelines range of 70 to 87 months' imprisonment. The reason for this request is that counsel is still collecting materials for sentencing and awaiting letters from critical members of Mr. Duquesne's support network.

    I have conferred with AUSA Ben Arad, who advises me that the government has no objection to this request. This is Mr. Duquesne's first request for an adjournment. The Court's considerate attention to this matter is greatly appreciated.

Granted. Sentence is adjourned to 10/26/23 at 2:30

So Ordered.
*/s/ KMK*
9/7/23

Respectfully submitted,

/s/ Ezra Spilke

cc:   All counsel of record, by ECF